UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES G. NORMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOVEY,<br><br>    Defendants. | 1:06-CV-00974-OWW-DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE<br><br>(Doc. 7) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2006, plaintiff filed a response to the court's order of August 25, 2006, in which plaintiff was ordered to submit a new application to proceed in forma pauperis or pay the filing fee for this action. The court construes plaintiff's response as a request for an extension of time to comply with the court's order. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to submit a new application to proceed in forma pauperis, or in the alternative, to pay the $350.00 filing fee for this action, pursuant to the court's order of August 25, 2006.

    IT IS SO ORDERED.

Dated:   October 2, 2006                      **/s/ Dennis L. Beck**
3c0hj8                                                  UNITED STATES MAGISTRATE JUDGE