IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES G. NORMAN, JR., | 1:06-cv-00974-OWW-DLB (PC) |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| JOHN DOVEY, | |
| Defendants. | (DOCUMENT #21) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 13, 2007, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   **August 21, 2007**              **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE