1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES G. NORMAN, JR.,                  1:06-cv-00974-OWW-DLB-P

12                   Plaintiff,          **ORDER ADOPTING FINDINGS AND**
                                         **RECOMMENDATIONS** (Doc. 24)
13   vs.
                                         **ORDER DISMISSING ACTION**
14   JOHN DOVEY, et al.,

15                   Defendants.
                                        /
16

17        Plaintiff, Charles G. Norman, Jr. ("plaintiff"), is

18   proceeding pro se and in forma pauperis in this civil rights

19   action pursuant to 42 U.S.C. § 1983.  The matter was referred to

20   a United States Magistrate Judge pursuant to 28 U.S.C.

21   § 636(b)(1)(B) and Local Rule 72-302.

22        On November 27, 2007, the Magistrate Judge filed Findings

23   and Recommendations herein which were served on plaintiff and

24   which contained notice to plaintiff that any objections to the

25   Findings and Recommendations were to be filed within twenty (20)

26   days.  On December 14, 2007, plaintiff filed objections to the

27   Magistrate Judge's Findings and Recommendations.

28   //

                                      1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  <u>de novo</u> review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed November 27,

8  2007, are ADOPTED IN FULL; and,

9    2.   This action is DISMISSED based on plaintiff's failure

10 to obey the court's order of May 7, 2007.

11 IT IS SO ORDERED.

12 **Dated:   January 25, 2008**             **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28